IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 5:24-MJ-00041 |
| | : | |
| v. | : | |
| DANIEL REED, | : | |
| Defendant. | : | |

_____

The individual named below, having testified under oath, or having otherwise satisfied this Court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the Court finds that the Defendant is indigent, therefore,

IT IS ORDERED that Helen Stolinas is hereby appointed to represent Defendant, Daniel Reed.

DATED: July 16, 2025

*S/Leo A. Latella*
Leo A. Latella
United States Magistrate Judge