IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 5:25-MJ-00041 |
| | : | |
| v. | : | |
| DANIEL REED | : | |
| Defendant | : | |

## **ORDER**

AND NOW, this 17th day of July 2025, following a hearing before the undersigned where a preliminary hearing was been waived, **IT IS ORDERED** that the case, unless dismissed, shall be presented to the Grand Jury within the next 30 (thirty) days to determine whether an Indictment should be returned.

*S/Leo A. Latella*
Leo A. Latella
United States Magistrate Judge

Dated: July 17, 2025